UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIM. NO. 16-114 (PJS/JSM) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| CORNELIUS LEWIS, | |
| Defendant. | |

The above matter came before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated July 14, 2016. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order:

IT IS HEREBY ORDERED that

Defendant's Motion to Suppress Statements, Admissions and Answers [Docket No. 18] is **DENIED**.

Dated: 09/07, 2016

s/Patrick J. Schiltz
PATRICK J. SCHILTZ
United States District Judge